■ LINDA NICHTER, Appellant, v PAUL NICHTER, Respondent. [665 NYS2d 499] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Kane, J. (Appeal from Order of Supreme Court, Erie County, Kane, J.—Divorce.) Present—Denman, P. J., Hayes, Callahan and Fallon, JJ.